UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Mary Coons,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.:1:16-cv-2785-WTL-MPB |
| ) | |
| **Med-1 Solutions, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Mary Coons, by counsel, and Defendant, Med-1 Solutions, LLC, by counsel, stipulate and move this Court to dismiss this cause of action with prejudice, with each party to bear their own attorney fees and costs.

Respectfully submitted,

/s/Tara Gerber
Tara Gerber
Med-1 Solutions, LLC
517 U.S. Highway 31 North
Greenwood, IN 46142
Office: (317) 883-5600

/s/John T. Steinkamp
John Steinkamp
John Steinkamp & Associates
5214 S. East St., Ste. D1
Indianapolis, IN 46227
Office:  (317) 780-8300

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 2, 2017 a copy of the foregoing Motion to Dismiss was e-mailed and mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Tara Gerber
Counsel for Med-1 Solutions, LLC
517 U.S. Highway 31 North
Greenwood, IN 46142

                                                 Respectfully Submitted,

                                                 /s/John T. Steinkamp
                                               John T. Steinkamp
                                               5214 S. East Street, Suite D1
                                               Indianapolis, IN46227
                                               (317) 780-8300
                                               (317) 217-1320 fax
                                               Steinkamplaw@yahoo.com