UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Mary Coons, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:1:16-cv-2785-WTL-MPB |
| | ) |
| Med-1 Solutions, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the Parties in this cause, this cause of action is hereby dismissed with prejudice, with each party to bear their own attorney fees and costs.

Date:2/3/17

_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**ECF notification:**

Copies to electronically registered counsel of record.